1010

INTERLAKE STEAMSHIP COMPANY, Appellant, v. CITY OF TOLEDO, Appellee.

No. 7152.

Circuit Court of Appeals, Sixth Circuit.

April 9, 1937.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellant.

Martin S. Dodd, of Toledo, Ohio, for appellee.

Before SIMONS, MACK, and ALLEN, Circuit Judges.

PER CURIAM.

The decree below is affirmed for the reasons given in the memorandum opinion of the District Judge and upon the authority of the cases therein cited, including Northern Pacific Ry. Co. v. Duluth S. S. Co., 252 F. 544 (C.C.A.8), certiorari denied 248 U.S. 575, 39 S.Ct. 12, 63 L.Ed. 428. Cf. The Gloria, 286 F. 188 (D.C.N.Y.); U. S. v. National City Bank, 83 F.(2d) 236, 238, 106 A.L.R. 1235 (C.C.A.2); U. S. v. The Thekla, 266 U.S. 328, 340, 45 S.Ct. 112, 69 L.Ed. 313.

INTERLAKE STEAMSHIP COMPANY, Appellant, v. CITY OF TOLEDO, Appellee.

No. 7184.

Circuit Court of Appeals, Sixth Circuit.

April 9, 1937.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellant.

Martin S. Dodd, of Toledo, Ohio, for appellee.

Before HICKS, MACK, and ALLEN, Circuit Judges.

PER CURIAM.

The decree below is affirmed for the reasons given in the memorandum opinion of the District Judge dated May 9, 1935.

In the Matter of I. SHAININ & CO., Inc., Bankrupt.

Benjamin SOLOMON as Trustee In Bankruptcy of I. Shainin & Co., Inc., Appellant, v. Lillian BERMAN, Appellee.

No. 388.

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

Sternfield & Sternfield, of New York City (Arthur Hutter, of New York City, of counsel), for appellant.

Baar, Bennett & Fullen, of New York City (Jay Leo Rothschild and Walter S. Beck, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

Jennie LATKOWSKI and Joseph Latkowski, Appellants, v. UNITED STATES, Appellee.

No. 7568.

Circuit Court of Appeals, Sixth Circuit.

April 13, 1937.

Harry S. Bennett, of Detroit, Mich., for appellants.

John C. Lehr, U. S. Atty., of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs, and argument of counsel and, it appearing that it was not error to overrule appellants' motion to suppress the evidence and that there was substantial evidence to support the findings, it is therefore ordered and adjudged that the judgment be, and the same is, affirmed.